IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

REBECCA VEST )
)
v. ) NO. 3:19-1021
) Richardson/Holmes
THE NISSAN SUPPLEMENTAL EXECUTIVE )
RETIREMENT PLAN II, et al )

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on August 30, 2021, Plaintiff filed a motion for judgment on the pleadings, memorandum in support of the motion and other filings (Docket Entry Nos. 85-88). The deadlines for responsive filings are provided for in prior orders of the Court. *See* Docket Entry No.79.

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge